IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **ROBERT EDWARD ADAMS,** <br><br> **Plaintiff,** <br><br> vs. <br><br> **MICHAEL J. ASTRUE,** Commissioner of Social Security Administration**,** <br><br> **Defendant.** | **CASE NO. 4:12CV3239** <br><br><br> **ORDER** |

This matter is before the Court on the Plaintiff's Motion for Leave to Proceed In Forma Pauperis (Filing No. 2). Based on a review of the Plaintiff's Motion and attached application to proceed in this Court without prepaying fees or costs, the Court finds that payment of any fees and posting of any bond should be waived, and the Plaintiff should be permitted to proceed in forma pauperis. Accordingly,

IT IS ORDERED:

1. The Plaintiff's Motion for Leave to Proceed In Forma Pauperis (Filing No. 2) is granted, and payment of costs and fees is not required for filing of the appeal;

2. If requested to do so, the U.S. Marshal will serve process in this case without prepayment of fees. In making such a request, Plaintiff's counsel must complete the Marshal's Form 285, to be submitted to the Marshal with the completed summons forms and copies of the Complaint; and

3. This order is entered without prejudice to the Court later entering an order taxing costs in this case. No one, including the Plaintiff, is relieved by this order from the obligation to pay or to reimburse taxable costs after the completion of this action.

Dated this 19th day of December, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge